AP-77,036
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/8/2015 8:16:34 AM
Accepted 9/8/2015 8:32:11 AM
ABEL ACOSTA
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

September 8, 2015

FILED IN
COURT OF CRIMINAL APPEALS

September 8, 2015

ABEL ACOSTA, CLERK

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 – Capitol Station
Austin, TX 78711

## RE: JUAN BALDERAS A/K/A APACHE v. THE STATE OF TEXAS

Case No.: AP-77,036
Trial Court No.: 1412826

Dear Mr. Acosta:

I plan to present oral argument in the above case in Austin on Wednesday, October 7, 2015 at 9:00 AM. I will be arguing the points related to the trial court's decision to let Wendy Bardeles testify through a translator.

A copy of this notice is being sent to the attorney of record.

Sincerely,

/s/ Clint Morgan
**CLINT MORGAN**
Assistant District Attorney
Harris County, Texas
(713) 755-5826

/vl
cc:     Scott Shearer
        Attorney at Law
        929 Preston, Suite 200
        Houston, TX 77002